**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 3, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00575-CV

---

## RICHARD BALDWIN AND OAK CREEK INVESTMENTS, LLC, Appellants

### V.

## BAYKO, PREBEG, FAUCETT & ABBOTT PLLC, F/K/A PREBEG, FAUCETT & ABBOTT PLLC, Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2021-61517**

## MEMORANDUM OPINION

This is an appeal from an order signed July 20, 2022. On October 26, 2022, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.